

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00321-CR

BRAYLIN LAMONT BROWN, Appellant

§ On Appeal from the 396th District Court

§ of Tarrant County (1752454)

V.

§ July 3, 2025

§ Per Curiam Memorandum Opinion

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that Appellant Braylin Lamont Brown pleaded "true" to the enhancement allegation. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM